**2002–0753. Thorley v. Am. States Preferred.**

Summit App. No. 20827, 2002-Ohio-1253. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

IT IS ORDERED by the court, sua sponte, that oral argument scheduled for April 16, 2003, be, and hereby is, canceled.

COOK, J., not participating.

[Cite as *04/10/2003 Case Announcements,* 2003-Ohio-1816.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *April 10, 2003*

## MISCELLANEOUS ORDERS

The Supreme Court of Ohio has issued orders imposing sanctions upon forty-three attorneys and judges for noncompliance with the provisions of Gov. Bar R. X and Gov. Jud. R. IV. The text of the entry imposing the sanction is reproduced below. This is followed by a list of the attorneys and judges who were sanctioned. The list includes each attorney's or judge's Attorney Registration Number; the county and state of residence and the county and state of the attorney's or judge's employer, as last registered with the Attorney Registration Section; and the amount of the sanction fee imposed by the Supreme Court.